IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WACHOVIA SECURITIES, LLC,** | : | CIVIL ACTION NO. 1:06-CV-1894 |
| | : | |
| **Plaintiff** | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **ROBERT L. DURHAM and** | : | |
| **WILLIAM R. CASHMAN, III,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 12th day of October, 2006, upon consideration of the stipulation executed by counsel for the parties (Doc. 12), indicating that the parties have agreed that the date for defendants to respond to the complaint (Doc. 1) should be extended to November 10, 2006, and it appearing that the stipulation should be construed as an unopposed motion for an enlargement of time in which to file a response to the complaint,[1] see FED. R. CIV. P. 6(b); see also L.R. 7.6, it is hereby ORDERED that:

1. The stipulation (Doc. 12) is CONSTRUED as a motion for an enlargement of time and is GRANTED as so construed.

---

[1] Neither the Federal Rules of Civil Procedure nor the Local Rules grant parties independent authority to extend deadlines absent approval by the court. See, e.g., FED. R. CIV. P. 6(b), 12(a), 16(b); see also L.R. 1.3; cf. FED. R. CIV. P. 29 (stating that parties may generally modify discovery deadlines by stipulation but that court approval is required if a modification "would interfere with" case management deadlines).

2.     Defendants shall file, on or before November 13, 2006,[2] a response to the complaint (Doc. 1).

       S/ Christopher C. Conner  
       CHRISTOPHER C. CONNER  
       United States District Judge

---

[2] The stipulated deadline, November 10, 2006, is a federal holiday.